**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:18-10001-05-JDB |
| EDDIE GERVIN, | ) | |
| Defendant. | ) | |

___

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

___

This cause came to be heard on April 18, 2019, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, Eddie Gervin, appearing in person, and with counsel, Bede Anyanwu.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 15 of the Superseding Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **WEDNESDAY, APRIL 24, 2019 at 11:00 A.M., before Judge J. Daniel Breen.**

Defendant is to remain released on present bond.

**ENTERED** this the 18th day of April, 2019.

                                                    s/J. DANIEL BREEN
                                                    U.S. DISTRICT JUDGE